**No. 61004.**—Hammel, Riglander & Co., Inc. *v.* United States, protest 283816–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the items of merchandise in question consist of metal screws, made of one piece of metal, and are dedicated for use and exclusively used in watch movements, and that said screws are not jewels, the claim of the plaintiff was sustained.